UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 1:09-CR-89 |
| v. ) | |
| ) | |
| ERIC M. COUSIN. ) | Chief District Judge Curtis L. Collier |
| ) | |

### ORDER

Before the Court are Defendant Eric Cousin's ("Defendant") motions to suppress evidence seized as the result of a traffic stop pursuant to the Fourth Amendment (Court File No. 16) and the Equal Protection Clause of the Fourteenth Amendment (Court File No. 22). The Court referred the motions to United States Magistrate Judge William B. Mitchell Carter pursuant to 28 U.S.C. § 636(b)(1) (Court File Nos. 14, 24). Judge Carter held a hearing and issued a Report and Recommendation ("R&R") on each motion (Court File Nos. 30, 34). Defendant filed timely objections (Court File Nos. 35, 36) to the R&Rs and the Government responded (Court File Nos. 37, 38). For the reasons discussed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the Reports and Recommendations (Court File Nos. 30, 34). Defendant's motions to suppress (Court File Nos. 12, 22) are **DENIED**.

 **SO ORDERED.**

 **ENTER:**

               **/s/**
               **CURTIS L. COLLIER**
               **CHIEF UNITED STATES DISTRICT JUDGE**